Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:    (415) 956-5513
Fax:   (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJEET KAUR, ET AL., | No. 07-CV-00525-GEB-DAD |
| Plaintiffs, | |
| v. | |
| MICHAEL CHERTOFF, ET AL., | **ORDER** |
| Defendants. | |

Pursuant to the parties' stipulation, the time for filing the Defendants' answer to the complaint is extended until August 9, 2007 and the Joint Scheduling Conference, currently set for July 2, 2007, is rescheduled to commence at 9:00 a.m. on September 17, 2007.  A joint status report shall be filed no later than fourteen days prior to the scheduling conference.[1]

IT IS SO ORDERED.

Dated:  June 19, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the joint status report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

[Proposed] Order
No. 07-CV-00525-GEB-DAD                         1